**Residential Mtge. Loan Trust 2013-TT2 v Fiorita**

2025 NY Slip Op 31661(U)

May 6, 2025

Supreme Court, Suffolk County

Docket Number: Index No. 600936/2016

Judge: Paul M. Hensley

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

**SUPREME COURT- STATE OF NEW YORK**
**PART 70, SUFFOLK COUNTY**

PRESENT:
HON. PAUL M. HENSLEY, JSC

---

| | |
|---|---|
| RESIDENTIAL MORTGAGE LOAN TRUST 2013-TT2, BY U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS LEGAL TITLE TRUSTEE RMLT 2013-TT2, | Index No. 600936/2016<br>Motion Date: 5/5/2025<br>Submit Date: 5/6/2025 |

Plaintiff,

Motion Seq.: 004-MG; CASEDISP

-against-

ATTORNEY FOR PLAINTIFF:
Friedman Vartolo LLP
Stephen J. Vargas, Esq.
1325 Franklin Ave., Suite 160
Garden City, NY 11530

PETER E. FIORITA A/K/A PETER FIORITA,

ANNA FIORITA A/K/A ANNA NACCHIA,

ATTORNEY FOR DEFENDANT:
Justin F. Pane, P.C.
Justin Felix Pane, Esq.
80 Orville Dr., Suite 100
Bohemia, NY 11716

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE,

PALISADES COLLECTION LLC AS
ASSIGGNEE OF AT&T WIRELESS,

Peter E. Fiorita
Pro Se
2403 Commons Way
Bohemia, NY 11729

CAPITAL ONE BANK USA, NA,

JOHN DOE #1-#12,

New York State Department of
Taxation and Finance
W. Averell Harriman Bldg.
Campus Bldg. 9
Albany, NY 12209

Defendants.

Palisades Collection LLC
210 Sylvan Ave.
Englewood Cliffs, NJ 07632

Capital One Bank USA, NA
1111 E. Main St., Suite 1600
Richmond, VA 23218

John Doe #1-#12
27 Byway Dr.
Deer Park, NY 11729

---

[* 1]

Upon the following papers read on defendant's motion for sanctions against plaintiff: NYSCEF documents 1 thru 131; it is hereby

***ORDERED*** plaintiff shall pay defendant $5,046.36 as a sanction for frivolous conduct within thirty (30) days of this decision.

On January 21, 2016, plaintiff commenced this action to foreclose on a residential mortgage related to property commonly known as 27 Byway Drive, Deer Park, New York 11729. On August 6, 2018, the matter was dismissed as time-barred (Mayer, J.) (NYSCEF document # 64). A final judgment was entered on October 22, 2018 (Kevins, J.) (NYSCEF document # 76). Plaintiff was directed to serve the Suffolk County Clerk and cancel the lis pendency. Contemptuously, plaintiff disregarded Justice Kevins order and filed a new lis pendens on November 19, 2018 (NYSCEF document # 79). On May 19, 2021, the Appellate Division dismissed plaintiff's appeal, finding plaintiff's complaint time-barred.

Shockingly, plaintiff moved to restore the time-barred matter to the calendar and by order dated July 18, 2022, this Court denied the motion (NYSCEF document # 117). Plaintiff's appeal of that order was withdrawn on December 27, 2023. In motion sequence #003 plaintiff moves to discontinue the action "without prejudice" and attempts to de-accelerate the mortgage. After reading defendant's cross-motion for sanctions plaintiff withdrew the motion to discontinue.

At the outset, contrary to plaintiff's position the matter has been resolved with prejudice. Moreover, the time-barred mortgage cannot be de-accelerated as the issue has already been adjudicated. Accordingly, the motion, now withdrawn, is frivolous pursuant to 22 NYCRRR 130-1.1. As defendant's counsel requests $5,046.36 in actual and reasonable attorney fees and expenses, the Court finds that sum to be a reasonable sanction given plaintiff's frivolous conduct. In the event that plaintiff objects to that amount within ten (10) in writing, a hearing shall be held to determine the appropriate sanction for plaintiff's willful, contemptuous, and frivolous conduct, at which the managing partner of plaintiff counsel and the client Trustees of plaintiff are directed to appear.

ENTER:

Hon. Paul M. Hensley
Justice of the Supreme Court

Date: May 6, 2025
Riverhead, New York

[* 2]

2 of 2